IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01262-WYD-PAC

JAMES MORAN; and
PAMELA MORAN,

    Plaintiffs,

v.

THE INTERNAL REVENUE SERVICE;
MICHELLE HAGEMAN;
MICHELLE GARCIA;
RICHARD PTAK;
JOHN HARRISON;
PATRICK MALONEY, a/k/a PATRICK MALLORY;
MICHAEL PRIEST, a/k/a MICHAEL JORDAN;
JAMES DOWLING, a/k/a JAMES MITCHELL;
DIANE TAGGERT, a/k/a DIANE TARGET; and
JOHN DOES 1-100,

    Defendants.

_____

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

Patricia A. Coan, United States Magistrate Judge

    Plaintiffs, *through counsel,* filed their complaint on June 18, 2004, complaining that the defendants performed a warrantless search of plaintiffs' residence, and alleging violations of the Fourth, Fifth and Six Amendments, see Complaint at 2, and of 12 U.S.C. §3402. A June 22, 2004 Order of Reference referred this matter to the undersigned for pretrial case management.

    Plaintiffs had not filed any returns of service on defendants, so, on October 26,

2004, I issued an order to plaintiffs to either file proof of service or to show cause why the case should not be dismissed under Rule 4(m), Fed. R. Civ.P for plaintiffs' failure to serve any defendant within 120 days of filing the complaint as required by Rule 4(m).  No response to the order to show cause has been filed to date, and the Clerk's record does not show that any mail has been returned to the court.  Plaintiffs appear to have lost interest in their case.

Accordingly, it is hereby

**RECOMMENDED** that this case be dismissed with prejudice for the failure to effect service within 120 days of the filing of the complaint as required by Rule 4(m), Fed. R. Civ.P., and for failure to prosecute.

**Within ten days after being served with a copy of the proposed findings and recommendation, any party may serve and file written objections to the proposed findings and recommendation with the Clerk of the United States District Court for the District of Colorado. The district court judge shall make a de novo determination of those portions of the proposed findings or specified recommendation to which objection is made.  The district court judge may accept, reject, or modify, in whole or in part, the proposed findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.   Failure  to make timely objections to the magistrate judge's recommendation may result in a waiver of the right to appeal from a judgment of the district court based on the findings and recommendations**

**of the magistrate judge.**

Dated this 6th day of October 2005.

BY THE COURT:
s/Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge

Case 1:04-cv-01262-WYD-PAC   Document 4   Filed 10/06/05   USDC Colorado   Page 3 of 3